UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. **05-21076**
**CIV - HUCK**

MAGISTRATE JUDGE
SIMONTON

IN RE: Request from Switzerland
Pursuant to the Treaty Between the
United States of America and the Swiss
Confederation on Mutual Assistance in
Criminal Matters in the Matter of
Alfonso Zoccola, et al

**FILED UNDER SEAL**

_____/

### APPLICATION FOR ORDER PURSUANT TO THE TREATY ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND TITLE 28, UNITED STATES CODE, SECTION 1782

The United States petitions this Court for an Order, pursuant to Articles 9 and 10(1) of the Treaty between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters, 27 U.S.T. 2019, 28 U.S.C. §1782, and its own inherent authority, appointing Juan Antonio Gonzalez, Jr., as Commissioner to collect evidence from witnesses and to take such other action as is required to execute the attached request from Switzerland made pursuant to the Treaty.

This case involves an ongoing criminal investigation in Switzerland, and, for that reason, the United States requests that the government's application, its memorandum of law, and the Court's order be filed under seal (except for purposes of law enforcement and coordination and execution of this letter rogatory).

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
JUAN ANTONIO GONZALEZ, JR.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 897388
11200 NW 20th Street
Miami, Fl 33172
Tel. (305) 715-7640
Fax (305) 715-7639
E-Mail address: Arimentha.Walkins@usdoj.gov



JS 44
(Rev. 12/96)

**Sealed**

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
IN RE: Request from Switzerland Pursuant to the Treaty Between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters in the Matter of Alfonso Zoccola, et al

MAGISTRATE JUDGE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Switzerland
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Juan Antonio Gonzalez, Jr., AUSA
11200 NW 20th Street
Miami, Fl 33172
(305) 715-7640

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

LENGTH OF TRIAL
via ____ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ ____    CHECK YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD
Juan Antonio Gonzalez, Jr., AUSA

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____